Sofia Herrera et al., Respondents, v Carlisle St. Martin et al., Defendants, and Richard Gasalberti, Appellant, et al., Respondents.

Submitted April 16, 2007; decided June 7, 2007

Motion for leave to appeal denied.

In the Matter of Julia BB. and Others, Children Alleged to be Severely Abused. Saratoga County Department of Social Services, Appellant; Diana BB., Respondent.

In the Matter of Julia BB. and Others, Children Alleged to be Severely Abused. Saratoga County Department of Social Services, Appellant; Francis BB., Respondent.

Submitted June 5, 2007; decided June 7, 2007

Motion to vacate stay granted.

In the Matter of Pritpal Kainth, Appellant, v Inder Kainth, Respondent.

Submitted April 2, 2007; decided June 7, 2007

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).